No. 907. HANNAH L. ANDREWS, EXECUTRIX, ETC., APPELLANT, *v.* HARVEY K. PARTRIDGE, TRUSTEE, ETC. Appeal from the United States Circuit Court of Appeals for the Third Circuit. Motion to dismiss or affirm submitted April 1, 1912. Decided April 8, 1912. *Per Curiam.* Dismissed for the want of jurisdiction. *Holden* v. *Stratton,* 119 U. S. 115, 116; *Duryea Power Co.* v. *Sternbergh,* 218 U. S. 207; *Tefft* v. *Munsuri,* 222 U. S. 114. *Mr. Thomas E. French* and *Mr. Samuel H. Richards* for the appellant. *Mr. Henry F. Stockwell* and *Mr. John D. McMullin* for the appellee.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF CHARLEY WEBB, PETITIONER. Submitted April 1, 1912. Decided April 8, 1912. Motion for leave to file petition for writ of habeas corpus denied. *Mr. James S. Davenport* for the petitioner. See second application, *ante,* p. 663.

---

No. 949. MISSOURI PACIFIC RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* ALONZO C. LESSENDEN. In error to the Supreme Court of the State of Missouri. Motion to dismiss or affirm or to place on summary docket submitted March 18, 1912. Decided April 29, 1912. *Per Curiam.* Dismissed for the want of jurisdiction. *McCorquodale* v. *Texas,* 211 U. S. 432, 437; *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 118. *Mr. M. L. Clardy* for the plaintiff in error. *Mr. W. F. Guthrie* for the defendant in error.